UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

MONICA HEATH

                              Plaintiff,

    **-v.-**

                              Civil Action No.
                              5:14-cv-223 (GLS/ATB)

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security

                              Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

Legal Services of Central New York    CHRISTOPHER CADIN, ESQ.
472 South Salina Street
Suite 300
Syracuse, New York 13202

**FOR THE DEFENDANT:**

Social Security Administration        TOMASINA DIGRIGOLI, ESQ.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, New York 10278

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed April 10, 2015. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Andrew T. Baxter filed April 10, 2015 (Dkt. No. 17) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the decision of the Commissioner is affirmed, and the plaintiff's complaint be DISMISSED; and it is further

ORDERED that the Clerk close this case and provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: April 29, 2015
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court